## J. Benitez Cintes v. United States

**No. 4638.**—Entered at San Juan, P. R., October 14, 1938.
Entry No. 871.

(Decided September 12, 1939)

Plaintiff appeared in person.
Webster J. Oliver, Assistant Attorney General (Richard F. Weeks, special attorney), for the defendant.

Evans, Judge: This is an appeal to reappraisement from the finding of value made by the appraiser of merchandise at the port of San Juan, Puerto Rico. At the hearing the attorney for the Government moved to dismiss the appeal on the ground that it was not filed in time. This motion was granted.

A formal order of dismissal will therefore be entered. It is so ordered.

## International Forwarding Co., Inc. (Ozalid Corp.) v. United States

**No. 4639.**—Invoices dated Weisbaden-Biebrich, Germany, June 13, 1933, etc.
Certified June 19, 1933, etc.
Entered at New York July 5, 1933, etc.
Entry No. 700324, etc.

(Decided on remand September 14, 1939)

Pickrell & McDonald (Eugene R. Pickrell of counsel) for the plaintiff.
Webster J. Oliver, Assistant Attorney General (Samuel D. Spector, special attorney), for the defendant.

Kincheloe, Judge: The appeals to reappraisement listed in schedule A, hereto attached and made a part hereof, have been remanded by the Third Division with instructions to dismiss the appeals to reappraisement, pursuant to the mandate of the United States Court of Customs and Patent Appeals in United States v. International Forwarding Co., Inc., a/c Ozalid Corporation, C. A. D. 56.

In conformity with said mandate, the appeals are hereby dismissed. Judgment will be rendered accordingly.